**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MIGUEL TICUM-GRAVE,

Petitioner,

v.

JAIME RIOS, Acting Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement, et al,

Respondents.

Case No. 5:26-cv-06636-DOC-DTB

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued ordering Respondents to immediately release Petitioner Miguel Ticum-Grave (A# 203-688-762) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property and documents confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Dated: November 24, 2026

David O. Carter

DAVID O. CARTER
United States District Judge